**ATTACHMENT A**

<u>Legal Description:</u>

PARCEL 1:

LOT 14 AND THE NORTHERLY 6 FEET OF LOT 13 OF TRACT NO. 21360, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 587 PAGES 59 THROUGH 63 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

THAT PORTION OF THE SOUTHWEST QUARTER OF SECTION 7, TOWNSHIP 1 SOUTH, RANGE 14 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF BEVERLY HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF THE LAND DESCRIBED IN PARCEL "B" OF DEED TO RUTH ELLER, RECORDED DECEMBER 17, 1952 AS INSTRUMENT NO. 428 IN BOOK 40542 PAGE 324 OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, BEING A POINT IN THE EASTERLY LINE OF LOT "B" OF DOHENY RANCH TRACT, AS SHOWN ON MAP RECORDED IN BOOK 24 PAGE 91 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE ALONG THE SOUTHERLY LINE OF SAID LAND OF ELLER, NORTH 89 DEGREES 27 MINUTES 54 SECONDS EAST TO THE WESTERLY BOUNDARY LINE OF THE 28 FOOT STRIP OF LAND DESCRIBED IN DEED TO HERBERT KALIWODA, ET UX, RECORDED JANUARY 20, 1947 IN BOOK 24050 PAGE 416 OFFICIAL RECORDS; THENCE NORTHERLY ALONG SAID WESTERLY BOUNDARY LINE OF SAID EASTERLY LINE OF LOT "B" OF THE DOHENY RANCH TRACT; THENCE SOUTHERLY ALONG SAID EASTERLY LINE TO THE POINT OF BEGINNING.

APN: 4391-033-004; 4391-033-009 & 4392-016-016

<u>Interested Parties:</u>

The parties believed to have a potential interest in the Defendant Asset are 912 North Hillcrest Road (BH), LLC, Low Taek Jho, Jynwel Capital Ltd., Riza Shahriz Bin Abdul Aziz, Red Granite Capital Limited, Kreger Trading Inc. and Great Delight Limited. According to a Title report obtained from Leading Exchange Settlement Management,

Title Curative and Exchange Intermediary, as of May 31, 2016, title to HILLCREST PROPERTY 1 is currently held in the name of 912 North Hillcrest Road (BH), LLC, and there are no recorded liens against the property.