

# United States Department of Justice

## United States Attorney's Office
## Central District of California

JK/CS:sb

United States Courthouse
312 North Spring Street, 14th Floor
Los Angeles, California 90012

August 5, 2016

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

LOW TAEK JHO

Central, Hong Kong

    Re:   United States of America v. Real Property Located in Beverly Hills, California, CV 16-05377-DSF (PLAx)

Dear Sir or Madam:

    This is to advise you that a Verified Complaint for Forfeiture has been filed against the above-referenced property. Enclosed with this letter are copies of (1) the Verified Complaint for Forfeiture, (2) the Notice, and (3) the Notice of Assignment to United States Magistrate Judge for Discovery. Also enclosed is a pamphlet issued by the Clerk's Office of the District Court for the Central District of California concerning services for attorneys and the general public. This letter is being sent to you on August 5, 2016.

    You are receiving notice of the filing of the enclosed Complaint because you may have the right to appear in this action and contest the forfeitability of the defendant property. If you intend to contest forfeitability, you must file a Claim identifying your right or interest with the Clerk of the United States District Court for the Central District of California on or before **September 9, 2016**, and a separate Answer or a Motion pursuant to Federal Rule of Civil Procedure 12 (the "Rule 12 Motion") within 21 days thereafter. Contemporaneously with your filing of these documents, you must serve this office with a copy of each pleading filed, directed to the attention of the undersigned. You may serve these documents by personal delivery to the 14th Floor of the Federal Courthouse, as stated above, or by regular mail.

    You are further notified that the Claim must comply with the provisions of Rule G (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which Rules are a supplement to the Federal Rules of Civil Procedure. The Claim must identify the claimant and the specific property claimed, describe the claimant's claimed interest in the defendant property, *i.e.*, as owner, lienholder, *etc.* and must be verified, *i.e.*, signed by the

Exhibit D

claimant under oath. Please note that you are also required to comply with the Local Rules of the District Court for the Central District of California.

It is essential that the Claim and Answer (or Rule 12 Motion in lieu of an Answer) be filed within the times noted above or within an extended time to which this office agrees and which the court approves. If no Claim is filed with the Clerk and a copy served on this office by **September 9, 2016**, or if a Claim is filed on time, but an Answer (or Rule 12 Motion) is not filed and served within 21 days (and this office has not agreed to an extension of either or both of said deadlines), the government will assume that you do not intend to intervene, and will seek entry of default and default judgment against any interest that you may have in the property. This will prohibit you from taking any future steps to prevent the forfeiture without specific permission from the court.

This letter is also to inform you that you may submit a Petition for Remission or Mitigation of Forfeiture to the Department of Justice with respect to this property. The regulations governing Petitions for Remission or Mitigation of Forfeiture are set out at Title 28, Code of Federal Regulations ("C.F.R."), section 9.1 *et seq.*, and the specific requirements for a Petition are set out at 28 C.F.R. § 9.4. In general, the Petition must include the following information in clear and concise terms: (1) your name, address and social security number (or taxpayer ID number, as appropriate); (2) the seizing agency, asset identifier number, and date and place of seizure; (3) the district court case number (*see* above); (4) a detailed description of the property claimed, including the amount of any currency, the address or legal description of real property, and the make, model number and serial (or vehicle identification or hull) number of personal property, as appropriate; and (5) a description of your claimed interest in the property you are seeking to recover, supported by original or certified bills of sale, contracts, mortgages, deeds, or other documentary evidence. In addition, you should describe all extenuating and mitigating circumstances and other reasons why you believe the Petition should be granted. The petition must be sworn to by the petitioner or by the petitioner's attorney. If sworn by an attorney, the petition must be accompanied by the petitioner's sworn notice of representation pursuant to 28 U.S.C. § 1746, and must be attested to by the attorney as set forth in 28 C.F.R. § 9.9(g). The petition must be submitted to this office promptly.

The Petition, **which is not to be filed with the Court**, shall be addressed to the Attorney General of the United States, and the original, together with two copies, shall be forwarded to the United States Attorney for the Central District of California and directed to the attention of the undersigned. You must also submit a separate copy of the petition to the seizing agency in the district in which the seizure occurred, except in cases involving seizures by the Drug Enforcement Administration (in which case a copy of the petition must be mailed to "Drug Enforcement Administration Headquarters, Asset Forfeiture Counsel," Asset Forfeiture Section P.O. Box 1475, Quantico, VA 22134-1475) or the Bureau of Alcohol, Tobacco, Firearms and Explosives (in which case a copy of the petition must be mailed to "Special Agent in Charge, Asset Forfeiture and Seized Property Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives," 650 Massachusetts Avenue, NW., Washington, D.C. 20226).

Upon receipt of a petition by this office, the petition will be investigated and a decision to grant or deny the petition will be made by the Chief of the Asset Forfeiture and Money Laundering Section, Criminal Division, Department of Justice, without a hearing. Please note

Upon receipt of a petition by this office, the petition will be investigated and a decision to grant or deny the petition will be made by the Chief of the Asset Forfeiture and Money Laundering Section, Criminal Division, Department of Justice, without a hearing. Please note that the Petition process is entirely separate from the judicial action in which the enclosed complaint has been filed. There are no specific time limits for the granting or denial of a petition. The filing of a Petition will not protect any rights that you may have with respect to the defendant property. **If you wish to contest the forfeiture of the defendant property, you must file a Claim, Answer (or Rule 12 Motion in lieu of an Answer) within the time limits set out herein.**

Pursuant to the Local Rules of the United States District Court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). If you are not already registered as an ECF User, you may register online at http://www.pacer.gov/.

Very truly yours,

EILEEN M. DECKER
United States Attorney

JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys
Asset Forfeiture Section

Enclosures

U.S. Department of Justice
United States Attorney
Central District of California

312 North Spring Street
Los Angeles, California 90012

Office Business

REGISTERED MAIL

Label 200 July 1999

RB 345 976 085 US

(102595) 99-M-1904

Registered Article (Envoi recommandé)
☑ Letter (Lettre)  ☐ Printed Matter (Imprimé)
☐ Insured Parcel (Colis avec valeur déclarée)  ☐ Other (Autre)
Office of Mailing (Bureau de dépôt)
Insured Value (Valeur déclarée)
☐ Recorded Delivery (Envoi à livraison attestée)  ☐ Express Mail International
Article Number: RB 345 976 085 US
Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
LOW TAEK JHO

Street and No. (Rue et No.)

Place and Country (Localité et pays)
Central, Hong Kong

Completed by the office of origin.
(A remplir par le bureau d'origine.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

LOW TAEK JHO
Central, Hong Kong

Exhibit D



U.S. Department of Justice
United States Attorney
Central District of California
312 N. Spring Street
Los Angeles, California 90012
Official Business

入口掛號郵件 Inward Registered Mail
郵件編號 RJ 352 606 690 HK
Item No.
遞運日期
Date of Delivery
投遞郵政區
Beat or
P.O. Box No.

United States Postal Service
REGISTERED MAIL
Label 200, July 1999
RB 345 976 085 US
(102595) 99-W-1904

LOW TAEK JHO
Central, Hong Kong

本署投寄郵件人 — 吳(件)人收見退票郵件有局限內領件
Unclaimed Return to sender - Addressee did not collect mail
within the return period

16-5377

Exhibit D