# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA,<br><br>        Defendant. | Case No. 16-cv-05377-DSF (PLAx)<br><br>**ORDER** |

   Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that:

   1.   Claimant may obtain a construction loan on terms agreeable to the Plaintiff, which will be secured by a first trust deed against the Property.

   2.   Plaintiff shall execute a subordination agreement or other necessary documents that will give the lender's security interest first position on the Property.

        2/14/17

   DATED:   _____        _____
                                            UNITED STATES DISTRICT JUDGE