DEBORAH CONNOR, Acting Chief
Asset Forfeiture and Money Laundering Section (AFMLS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
KYLE R. FREENY
Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
CHRISTEN A. SPROULE (CBN: 310120)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-4493
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov
        Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORIA,<br><br>      Defendant. | No. CV 16-5377-DSF (PLAx)<br><br>STIPULATION AND REQUEST TO CONTINUE HEARING ON MOTION TO DISMISS AND SET BRIEFING SCHEDULE<br><br><u>Current Hearing Date:</u><br>7/24/17 @ 1:30 p.m.<br><br><u>Proposed New Hearing Date:</u><br>8/21/17 @ 1:30 p.m. |

1    The parties to this action, (Plaintiff United States of America
2 (the "government") and Claimant 912 North Hillcrest Road (BH), LLC
3 ("Claimant")) by and through their counsel of record, hereby
4 stipulate and request that the hearing on Claimant's motion to
5 dismiss (Docket Number 54), now set for July 24, 2017, at 1:30 p.m.,
6 be continued to August 21, 2017, at 1:30 p.m.  The parties further
7 stipulate and request that the deadline for government's opposition
8 to Claimant's motion to dismiss be set for July 31, 2017, and the
9 deadline for Claimant's reply be set for August 7, 2017.  The parties
10 further stipulate and request that the deadline for Claimant's
11 responses to government's special interrogatories, now set for April
12 24, 2017, be continued to April 26, 2017.
13    The rescheduling of Claimant's motion as requested herein will
14 synchronize the timing of dismissal motions filed in eight related
15 cases, conserving judicial resources and allowing the parties in all
16 of the affected cases to provide a coherent and comprehensive
17 briefing of the issues.
18 / / /
19 / / /

Stipulations seeking identical schedules are being submitted contemporaneously in three of the cases involving the same Claimant's counsel

1. *United States v. Real Property Located in New York, New York*, 16-cv-5371-DSF;

2. *United States v. Real Property Located in Beverly Hills, California*, 16-cv-5377-DSF; and

3. *United States v. Real Property Located in London, United Kingdom, Owned by Qentas Holdings*, 16-cv-5380-DSF.

Dated: April 24, 2017     Respectfully submitted,

DEBORAH CONNOR
Acting Chief, AFMLS

SANDRA R. BROWN
Acting United States Attorney

 /s/*Christen A. Sproule*
JOHN J. KUCERA
CHRISTEN A. SPROULE
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, AFMLS
KYLE R. FREENY
Trial Attorney, AFMLS

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 24, 2017     __/s/(per e-mail confirmation)_____
MATTHEW L SCHWARTZ, ESQ.
KAREN YUMI PAIK, ESQ.

Attorneys for Claimant
912 North Hillcrest Road (BH), LLC