DEBORAH CONNOR, Acting Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
Criminal Division
United States Department of Justice
   1400 New York Avenue, N.W., 10th Floor
   Washington, D.C. 20530
   Telephone: (202) 514-1263
   Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
JONATHAN GALATZAN (CBN: 190414)
Assistant United States Attorneys
Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-3391/(213) 894-2727
   Facsimile: (213) 894-7177
   Email: John.Kucera@usdoj.gov
         Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA,<br><br>      Defendant. | No. CV 16-5377-DSF (PLAx)<br><br>**STATUS REPORT ON STAYED CASE** |

On August 10, 2017, Plaintiff United States of America ("the government") filed Notice of Motion and Motion for Order Staying Civil Forfeiture Proceedings For All Purposes Except the Filing of Timely Claims and Answers pursuant to 18 U.S.C. § 981(g)(1) (the "Motion"). On September 13, 2017, this Court ordered the case stayed and required the government to submit a status report every 180 days in order to enable the Court to monitor the status of this action.

Contemporaneously with the filing of this status report, the government is submitting a request to file, under seal and *in camera*, a more detailed declaration and status report.  Any further status reports will be premised upon the facts set out in the proposed sealed *in camera* filing referenced here, and the government will be requesting that any future status reports also be filed under seal and *in camera*.

The government will continue to timely report to the Court as directed in the September 13, 2017, Order, and respectfully requests that the Court's prior order staying all proceedings continue until vacated by the court.

As the Court is aware, certain claimants, potential claimants, or interested parties objected to the Motion (collectively, the "Objectors").  The Objectors in the above-referenced case have informed the government that they do not intend to oppose a

/ / /
/ / /

1  continuation of the stay at this time, which the government agrees is
2  without prejudice to their ability to do so later, or to seek any
3  other appropriate relief from the Court's September 13, 2017 Order.

4  Dated: March 12, 2018           Respectfully submitted,

                                   DEBORAH CONNOR
                                   Acting Chief, MLARS

                                   NICOLA T. HANNA
                                   United States Attorney

                                    /s/*John J. Kucera*
                                   JOHN J. KUCERA
                                   JONATHAN GALATZAN
                                   Assistant United States Attorneys

                                   WOO S. LEE
                                   Deputy Chief, MLARS
                                   JONATHAN BAUM
                                   Senior Trial Attorney, MLARS
                                   BARBARA LEVY
                                   Trial Attorney, MLARS

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA