```
 1  DEBORAH CONNOR, Acting Chief
    Money Laundering and Asset Recovery Section (MLARS)
 2  MARY BUTLER
    Chief, International Unit
 3  WOO S. LEE
    Deputy Chief, International Unit
 4  JONATHAN BAUM, Senior Trial Attorney
    BARBARA LEVY, Trial Attorney
 5  Criminal Division
    United States Department of Justice
 6     1400 New York Avenue, N.W., 10th Floor
       Washington, D.C. 20530
 7     Telephone: (202) 514-1263
       Email:  Woo.Lee@usdoj.gov
 8  NICOLA T. HANNA
    United States Attorney
 9  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
10  Chief, Criminal Division
    STEVEN R. WELK
11  Assistant United States Attorney
    Chief, Asset Forfeiture Section
12  JOHN J. KUCERA (CBN: 274184)
    JONATHAN GALATZAN (CBN: 190414)
13  Assistant United States Attorneys
    Asset Forfeiture Section
14     312 North Spring Street, 14th Floor
       Los Angeles, California 90012
15     Telephone: (213) 894-3391/(213) 894-2727
       Facsimile: (213) 894-7177
16     Email: John.Kucera@usdoj.gov
              Jonathan.Galatzan@usdoj.gov
17
    Attorneys for Plaintiff
18  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-5377-DSF (PLAx) |
|---|---|
| Plaintiff, | **APPLICATION FOR LEAVE TO SUBMIT FILING FOR *IN CAMERA* REVIEW; DECLARATION OF AUSA JOHN J. KUCERA IN SUPPORT OF APPLICATION; AND [PROPOSED] ORDER** |
| v. | |
| REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA, | |
| Defendant. | |

Plaintiffs United States of America (the "government"), by and through the counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney John J. Kucera, hereby file this Application For Leave to Submit Filing for Review *In Camera*, which is supported by the separately-filed Declaration of AUSA John J. Kucera in Support of Application. The [PROPOSED] Order authorizing *in camera* review has been lodged concurrently with this application.

Pursuant to Local Rule 79-6.1, the government applies for an order to file *in camera* (1) the declaration in support of the instant application; (2) the proposed filing; and (3) and any further status reports.

Dated: March 12, 2018

Respectfully submitted,

DEBORAH CONNOR
Acting Chief, MLARS

NICOLA T. HANNA
United States Attorney

            /s/John J. Kucera
JOHN J. KUCERA
JONATHAN GALATZAN
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, MLARS
JONATHAN BAUM
BARBARA LEVY
Trial Attorney, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA