UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CV 16-5377-DSF (PLAx) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO SUBMIT FILING FOR *IN CAMERA* REVIEW** |
| REAL PROPERTY LOCATED IN BEVERLY HILLS, CALIFORNIA, | |
| Defendant. | |

Based on Plaintiff's application for leave to submit filing for *in camera* review, and for good cause shown, the Court hereby grants the application for leave to submit the following for *in camera* review: (1) the declaration of AUSA John J. Kucera offered in support of the application; (2) the filing that is the subject of the application; and any further status reports.

IT IS SO ORDERED.

DATED:_____           _____
                                         UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBORAH CONNOR, Acting Chief
Asset Forfeiture and Money Laundering Section
United States Department of Justice
WOO S. LEE
JONATHAN BAUM
BARBARA LEVY
Criminal Division
U.S. Department of Justice

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

___/s/John J. Kucera_____
JOHN J. KUCERA
JONATHAN GALATZAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA